FROM : USDC FINANCE          FAX NO. :7132505812          Apr. 23 2007 11:02AM  P40

Case 01-21973   Document 42   Filed in TXSB on 04/23/07   Page 1 of 1
Case 01-21973   Document 41-2   Filed in TXSB on 04/16/2007   Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In re:  **WILDA HALL**              Case # **01-21973**
        Debtor

## ORDER DIRECTING PAYMENT #41
## OF UNCLAIMED FUNDS TO CREDITOR/CLAIMANT

Upon the application of **NCO Group, fka Great Lakes Collection Bureau, by its attorney-in-fact, JM Partners LLC** seeking payment of $~~67.54~~ *150.93* representing funds previously unclaimed by:

**Great Lakes Collection Bureau
PO Box 1166
Buffalo, NY 14240-1166**

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that **NCO Group** is entitled to the unclaimed funds, it is

Ordered that the Clerk pay **$ 150.93** to:

**NCO Group
c/o JM Partners LLC, Attorney-in-Fact
PO Box 29940
Richmond, VA 23242-0940**

Signed this _____ day of ___APR 2 3 2007___, _____.

_Richard Sch___
United States Bankruptcy Judge